```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
EGYPTIAN NAVIGATION CO.,             :
                                     :
                    Plaintiff,       :
          v.                         :   08 Civ. 8401 (BSJ)
                                     :   Order
SARL COMPTOIRE ALGEROIS DES DECHETS  :
METAUX EXPORTATION,                  :
                    Defendant.       :
                                     :
-------------------------------------X
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

On March 4, 2009, the Court issued an Order directing Plaintiff to advise the Court on or before March 13, 2009 as to whether: (1) any assets belonging to Defendant have been attached and (2) any suit or arbitration of the claim(s) has been commenced. The Court also informed Plaintiff that if it failed to advise the Court as directed, the action would be dismissed without prejudice, without costs, and without further notice to any party. To date, the Court has received no response from Plaintiff. Accordingly, the Court's Order of Attachment of October 1, 2008 is vacated and this action is dismissed without prejudice. The Clerk of the Court is directed to close the case.

1

SO ORDERED:

                                                            */s/ Barbara S. Jones*
                                                        BARBARA S. JONES
                                                        UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
            ~~March~~ May 26, 2009

2